**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :  No. 511 EAL 2021

                  Respondent      :

                            :  Petition for Allowance of Appeal
                            :  from the Order of the Superior Court

          v.               :

KEITH GARNER,               :

                  Petitioner        :

COMMONWEALTH OF PENNSYLVANIA,      :  No. 512 EAL 2021

                  Respondent      :

                            :  Petition for Allowance of Appeal
                            :  from the Order of the Superior Court

          v.               :

KEITH GARNER,               :

                  Petitioner        :

COMMONWEALTH OF PENNSYLVANIA,      :  No. 513 EAL 2021

                  Respondent      :

                              :  Petition for Allowance of Appeal
                            :  from the Order of the Superior Court

           v.               :

KEITH GARNER,               :

                  Petitioner        :

COMMONWEALTH OF PENNSYLVANIA,　　:　No. 514 EAL 2021
　　　　　　　　　　　　　　　　　　:
　　　　　　　　　Respondent　　　　　:
　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　:　Petition for Allowance of Appeal
　　　　　　　　　　　　　　　　　　:　from the Order of the Superior Court
　　　　　　　v.　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　:
KEITH GARNER,　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　:
　　　　　　　　　Petitioner　　　　　:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 19th day of April, 2022, the Petition for Allowance of Appeal is **DENIED**.